IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | 2:11-cv-02672-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| David P. H. Tong, Individually | ) | CONFERENCE; FED. R. CIV. P. |
| and as Trustee of The Susan V. | ) | 4(M) NOTICE |
| Tong Credit Trust, for the | ) | |
| benefit of David P.H. Tong, | ) | |
| | ) | |
| Defendant.* | ) | |
| _____ | ) | |

Plaintiff's Status Report filed January 30, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on February 13, 2012, is continued to April 23, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant P. H. Tong with process within the 120 day period prescribed in that Rule may result in this action being dismissed. To avoid dismissal, on or before February 13, 2012, Plaintiff shall file proof of service for this defendant or a

---

\* The caption has been amended according to Plaintiff's Dismissal of Rong Hu without prejudice, filed on January 18, 2012. (ECF No. 6.)

sufficient explanation why service was not effected within Rule 4(m)'s
prescribed service period.

         IT IS SO ORDERED.

Dated:  February 6, 2012

 

 

_____
GARLAND E. BURRELL, JR.
United States District Judge