
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David P. H. Tong, Individually and as Trustee of The Susan V. Tong Credit Trust, for the benefit of David P.H. Tong,<br><br>　　　　Defendant. | 2:11-cv-02672-GEB-KJN<br><br>AMENDED FED. R. CIV. P. 4(M) NOTICE |

Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that this action may be dismissed without prejudice unless Plaintiff provides proof of service or shows "good cause for the failure" to serve Defendant David P. H. Tong, Individually and as Trustee of The Susan V. Tong Credit Trust, for the benefit of David P.H. Tong within Rule 4(m)'s 120 prescribed period in a filing due no later than February 21, 2012.

　　　　IT IS SO ORDERED.

Dated:  February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1